UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

BRUCE PARKER,

    Plaintiff,

v.

CONNIE HORTON, et al.,

    Defendants.
_____/

Case No. 2:18-cv-80

HONORABLE PAUL L. MALONEY

BRUCE PARKER,

    Plaintiff,

v.

KENNETH MCKEE, et al.,

    Defendants.
_____/

Case No. 2:18-cv-186

HONORABLE PAUL L. MALONEY

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff Bruce Parker filed two prisoner civil rights actions pursuant to 42 U.S.C. § 1983. In February 2020, the two actions were consolidated (ECF No. 113 in Case No. 2:18-cv-80; ECF No. 68 in Case No. 2:18cv186). Plaintiff has filed a motion for partial summary judgment (ECF No. 74 in Case No. 2:18-cv-80) and a motion for summary judgment (ECF No. 53 in 2:18-cv-186). The matters were referred to the Magistrate Judge, who issued a Report and Recommendation on August 18, 2020, recommending that this Court deny the motions. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

2

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 145 in Case No. 2:18-cv-80 and ECF No. 100 in Case No. 2:18-cv-186) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that both the motion for partial summary judgment (ECF No. 74 in Case No. 2:18-cv-80) and the motion for summary judgment (ECF No. 53 in 2:18-cv-186) are DENIED.

Dated:  September 16, 2020                                  /s/  Paul L. Maloney            
                                                                              Paul L. Maloney
                                                                              United States District Judge